THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v IQUAN WIGGS, Respondent.

Submitted August 8, 2016; decided August 25, 2016

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAERUE WILLIAMS, Appellant.

Submitted August 1, 2016; decided August 25, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Chief Judge DIFIORE taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEROME A., Appellant, v JOSEPH PONTE, et al., Respondents.

Decided August 25, 2016

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

RAJAGOPALA S. RAGHAVENDRA, Also Known as RANDY S. RAGHAVENDRA, Appellant, v EDWARD BRILL et al., Respondents.

Submitted July 5, 2016; decided August 25, 2016

Motion for leave to appeal denied. Motion for a stay dismissed as academic.